**2:17-cv-0106 JMS-MJD**

RONALD RAYMOND GRIFFIN  } CASE #  _____
vs.                     } in Sullivan County IN.
ADVANCED Correctional Healthcare }
3922 BARRING TREE        }   **FILED**    47882
Peoria, IL. 61615        }
                         MAR 06 2017
                         U.S. CLERK'S OFFICE
                         INDIANAPOLIS, INDIANA

( Complaint )

Neglectful treatment, wrongful diagnosis and Mal-Practice and mental anguish.

( For )

Financial Compensation in an agreed upon amount, or a jury trial to determine the financial responsibility of the Respondent to the Petitioner

Submitted by ✕ *Ronald R. Griffin*

DATED this FeB. day of 21   2017

Certificate of Services: this document is to be delivered by U.S. Postal Services, postage prepaid by petitioner

✕ *Ronald R. Griffin*
DATE 2-21-2017

I RONALD R. GRIFFIN swear and affirm that I am indigent and can not afford filing fees, but believe I am entitled to readdress.

✕ *Ronald R. Griffin*
DATE 2-21-2017

Kerri Alumbaugh
Sullivan Co, Sullivan, IN
Expires: 10-18-23