FROM: Ronald Raymond Griffin           CASE # _____

24. S. STATE ST.

Sollivan IND. 47882


To: ADVANCED Correctional Healthcare

3922 BARRING TREE

PEORIA, IL. 61615

(Notice of TORT)

ON OR ABOUT 12-2-2016: I Ronald Raymond Griffin was sent to and accepted at the Sollivan County Jail and upon being Booked in I notified the Jail staff of all my past and present medical conditions and all the medicine that I take on or about 2-7-17 I was completely taken of all pain medicine without prior notification. I have been on my meds. through the U.A. for a number of years the U.A. clinic located in. HINES IL. (HINES U.A.). Plaintiffs due process rights were violated by the Jails medical staff. the defendant is solely responsible to protect the Plaintiff and to provide proper medical treatment I Ronald Raymond Griffin did advise all my medical issues upon entering your facility. everything stated in this (TORT) states that my 1st, 4th, and 8th Amendments of the U.S. Constitution has been violated.            (Conclusion)

ENDANGERMENT OF MEDICAL CONDITIONS. PLAINTIFF, now serves this NOTICE OF TORT CLAIM, ASKING FOR AN AGREED UPON AMOUNT, or a JURY TRIAL to determine the proper Amount.

PRINT: RONALD R. GRIFFIN

SIGN: Ronald R. Griffin

DATE: 2-21-2017

D.O.B. Aug 4, 1944

S.S.N. # 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

Kerri Alumbaugh
Sullivan Co, Sullivan, IN
Expires: 10-18-23