2-21-17

I have the original copy of the letter and tort claim I'm sending you. I need you to send me a letter stating that you are in reciept of everything so I know that the jail staff don't throw it away.

thank you for your time.