Ronald Raymond Griffin
24 S. State Street
Sullivan Ind. 47882

Rt 747

RECEIVED
MAR 01 2017
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

Clerk of US. District Court
Room 104
Terre Haute Ind.
47807

Legal Mail

INDIANAPOLIS IN 460

22 FEB 2017 PM 1 L

tampering with mail is a Federal offense
all mail has tracking #s

INMATE
CORRESPONDENCE

FSC MIX Paper

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2013